UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
MICHAEL KRYNSKI,                                O R D E R

                    Plaintiff,        **FILED**        CV-06-4766 (JG)

        -against-                    IN CLERK'S OFFICE
                                    U.S. DISTRICT COURT E.D.N.Y.
THOMAS H. CHASE, JR., &
WESTERN EXPRESS, INC.,              ★ SEP 7 2006 ★

                    Defendants.      BROOKLYN OFFICE
----------------------------------------X
        An initial conference will be held in the above-captioned case
on October 4, 2006, at NOON, before the Honorable Joan M. Azrack,
United States Magistrate Judge, in **Room 1210S** at 225 Cadman Plaza
East, Brooklyn, New York.  All counsel must be present.  In the
event this case becomes eligible for arbitration before the
scheduled conference, please call **718-613-2530** to cancel.

        Defendant's counsel is requested to confirm with plaintiff's
counsel that all necessary participants are aware of this
conference.  No request for adjournment will be considered unless
made at least forty-eight (48) hours before the scheduled
conference.

        SO ORDERED.

Dated:  Brooklyn, New York
        September 5, 2006


                                s/Joan M. Azrack
                                _____
                                JOAN M. AZRACK
                                UNITED STATES MAGISTRATE JUDGE