UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X   O R D E R
MICHAEL KRYNSKI,

      Plaintiff,  CV-06-4766 (JG)

-against-

THOMAS H. CHASE, JR., &
WESTERN EXPRESS, INC.,

      Defendants.
---------------------------------X

An initial conference will be held in the above-captioned case on October 4, 2006, at NOON, before the Honorable Joan M. Azrack, United States Magistrate Judge, in **Room 1210S** at 225 Cadman Plaza East, Brooklyn, New York. All counsel must be present. In the event this case becomes eligible for arbitration before the scheduled conference, please call **718-613-2530** to cancel.

<u>Defendant's counsel is requested to confirm with plaintiff's counsel that all necessary participants are aware of this conference</u>. No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

  SO ORDERED.

Dated: Brooklyn, New York
    September 5, 2006

              s/Joan M. Azrack
              JOAN M. AZRACK
              UNITED STATES MAGISTRATE JUDGE