Record of Conference and Orders: Vera M. Scanlon, USMJ    Date: 4/6/2015

Case: Krynicki v. Chase    Civ. A. 06-4766

ECF Recording in 504N:    ☒ Telephone Conference    ☐ In-person Conference

10:02 – 10:50

Counsel: *(See separately docket entry or document for specific appearances)*

☒ Counsel for Plaintiff(s)  ☐ Pro Se Plaintiff(s)  ☒ Counsel for Defendant(s)  ☐ Pro Se Defendant(s)

Conference Type:

☐ Initial Conference  ☐ Status Conference  ☐ Settlement Conference  ☐ Motion Hearing  ☒ Discovery Conference
Other _____

Further to the conference, discovery and other scheduling dates are as follows:
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record    As to [137], the only expert issues in dispute are *

☐ Rule 26(a) disclosures, incl. supplements
☐ Document requests to be served
☐ Interrogatories to be served
☐ Amended pleadings, incl. joinder        ☐ To be served    ☐ To be filed
    ☐ Complaint  ☐ Answer              ☐ On consent  ☐ By motion  ☐ By PMC letter
☐ Joint status letter to be filed
☐ Status conference                         Date:            Time:
    ☐ In person  ☐ Telephone (718) 613-2300   To be organized by:
☐ Specific depositions to be held
☐ Fact discovery closes
☐ Expert disclosures to be served
☐ Initial expert report(s) to be served
☐ Rebuttal expert report(s) to be served
☐ Expert discovery closes
☐ All discovery closes
☐ Joint letter confirming discovery is concluded
☐ Summary judgment to be initiated          ☐ PMC letter  ☐ Briefing
☐ Joint pre-trial order to be filed         ☐ Letter for conference  ☐ Proposed JPTO
☐ Proposed confidentiality order to be filed
☐ Consent to Magistrate Judge to be filed
☐ Settlement Conference                     Date:            Time:

\* Dr Freeman and Mr. Quintero. As to the alleged late production of names of witnesses, there are fn disputes. Supplemental briefing is needed.

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: Krynski v. Chase    Civ. A. 06-4766

Date: 4/6/2015

**Additional Orders:**

π may submit letter briefing by 4/9/15. Δ may submit a response by 4/14. No other responses needed. Only 7 pages permitted.

π's Counsel will consider providing a demand in the near future.

Page 2 of 2